UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL G SZMANIA,

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C20-6228 MLP

ORDER TO SHOW CAUSE

        Plaintiff filed a complaint in this matter on December 21, 2020, appealing the denial of his application for Social Security disability insurance benefits. (Dkt. # 1.) The Court admitted Freddrick Effinger to appear *pro hac vice* on Plaintiff's behalf with Maren Bam as local counsel. (Dkt. # 4.) Plaintiff filed his opening brief on May 21, 2021 (dkt. # 13) and the Commissioner filed its responsive brief on June 17, 2021 (dkt. # 14.) Plaintiff's optional reply brief was due July 2, 2021, however, no brief was filed. (*See* dkt. # 12.)

        On June 24, 2021, the Court received an email from Plaintiff expressing dissatisfaction with his legal representation. In his email, Plaintiff represents that his counsel has, among other things, failed to return his phone calls and emails. Plaintiff also represents that counsel stipulated to an extension of time for the Commissioner to file its answer over his objection. Plaintiff, who

ORDER TO SHOW CAUSE - 1

copied all parties on the email, gave notice that he was terminating Mr. Effinger as his counsel and requested Ms. Bam file a motion to withdraw. Plaintiff also requests that the Court allow him to proceed *pro se* and enter a 60-day stay so that he can attempt to find new counsel. Plaintiff attached both a motion to proceed *pro se* and a proposed order of substitution to proceed *pro se* to his email because he is unable to file the pleadings on the docket as an e-filer. Plaintiff subsequently left a voicemail with the Court articulating the same concerns and requesting the same relief. To date, neither Mr. Effinger nor Ms. Bam have filed motions to withdraw or any other pleadings addressing the issues raised by Plaintiff.

While the Court does not accept filings through email or voicemail, and therefore will not address Plaintiff's requests to proceed *pro se* or for a stay in this matter, the Court is concerned about the status of Plaintiff's representation. Accordingly, the Court orders Plaintiff's counsel to submit a status report by no later than July 14, 2021, informing the Court whether they still intend to represent Plaintiff in this matter, and if not, why they have not filed motions to withdraw. Failure to do so may result in sanctions.

Dated this 6th day of July, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge